FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Alvarado  #26361-018

(Last Name)      (Identification Number)

Lawrence      Alexander

(First Name)          (Middle Name)

Thomson Admin. U.S Penitentiary

(Institution)

P.O Box 1001

(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

V.          CIVIL ACTION NUMBER: 3:20cv152-CWRFKB

(to be completed by the Court)

Madison County Detention Centers

major Husted, mst.sgt. white, Lt Williams (F.N.U)

Sgt.S.Branch Deputy.Sharp Deputy Gore (F.N.U)

SRT Deputy Span, moore, Ewtin, chavis.

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ )   No ( )

B.   Are you presently incarcerated?
Yes ( ✓ )   No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ✓ )   No ( )

D.   Are you presently incarcerated for a parole or probation violation?
Yes ( )   No ( ✓ )

E.   At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No ( ✓ )

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No ( ✓ )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Lawrence Alex Alvarado  Prisoner Number: 26361-018

Address: Thomson Admin. U.S Penitentiary

P.O Box 1001 Thomson IL 61285

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Madison County Det.  is employed as Major et, al

at madison County Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:

Lawrence Alexandes Alvarado

ADDRESS:

# 26361-018

United States Penitentiary Thomson ( Admin. U.S Pen.)

Thomson IL,

DEFENDANT(S):

NAME:
Madison County Detention
Center et al,
Major, Husted, Sgt. S. Branch
Deputy Gore
Mst. Sgt. S. White (SRT) D/o
Sharp, moose (srt) Chavis (SRT)
Span (SRT) Lt. Williams et al.

ADDRESS:  Madison County Detention Center

Hwy 51  2539

Canton Ms.

**OTHER LAWSUITS FILED BY PLAINTIFF**

NOTICE AND WARNING
The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed.

A.    Have you ever filed any lawsuits in a court of the United States?    Yes ( ✓ )  No (    )

B.    If your answer to A is yes, complete the following information for each and every civil action
      and appeal filed by you.  (If there is more than one action, complete the following
      information for the additional actions on the reverse of this page or additional sheets of
      paper.)

CASE NUMBER 1.
   1.    Parties to the action: Alvarado V. J Carter et.al

   2.    Court (if federal court, name the district; if state court, name the county): U.S District Court of Texas (Beaumont

   3.    Docket Number: ?

   4.    Name of judge to whom case was assigned: ?

   5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it
         appealed?  Is it still pending?) Dismissed for failure to exhaust Remedy.

CASE NUMBER 2.
   1.    Parties to the action: Alvarado V. Medical Dept. et al

   2.    Court (if federal court, name the district; if state court, name the county): U.S District Court of Arizona (Tucson)

   3.    Docket Number:

   4.    Name of judge to whom case was assigned: J G Zipps

   5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it
         appealed?  Is it still pending?) pending re-consideration

**STATEMENT OF CLAIM**

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is
involved.  Also, include the names of other persons involved, dates and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of different
claims, number and set forth each claim in a separate paragraph. (Use as much space as you
need; attach extra sheet(s) if necessary).

Plaintiff a federal inmate was booked into the Madison

county Detention Center in Canton MS. (on 8/16/2019)

by the United States Marshall service executing a Writ

in an unrelated case. Plaintiff was housed in unit A-7.

on or about September 25, 2019 the intire A-7 unit was moved

to C-4 unit (a unit that housed sickly inmates infected

with T.B, etc.) upon moving into the unit Plaintiff had

acknowledged that the Unit was filthy and had not

*Continue next page →*

**RELIEF**

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or
statutes.

12.5 million Dollars monetary damages, and that

every Deputy personally involved in the assault to be

terminated from employment or any relief that a

Jury deems necessary.

Signed this  2  day of  March  , 20 20  .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true
and correct.

*Lawrence Alvarado*
Signature of plaintiff

Page 4 of 4

been cleaned. Plaintiff and a couple of other inmates had attempted to address the condition with Deputy Gore (F.N.U) who stated "yall stop acting like bitches." At that time plaintiff request to speak to Deputy Gores boss to report Deputy Gores conduct.

Several minutes later SRT Deputies Chavis (F.N.U) Moore (F.N.U) Span (F.N.U) and Ewrin (F.N.U) entered Unit C-4 SRT Deputy Span (F.N.U) stated "Look Alvarado this is how we gone play it while you're here, you wont be a problem, we don't give a fuck about no rights in Madison County Detention Center, We'll beat that ass." Plaintiff responded "Ive been incarcerated for More than 13 years and I know my rights". Then Deputy Moore laughed. Befor they departed Deputy Chavis stated "we gone get you"

Plaintiff immediately entered a compiaint via Kiosk that alleged that plaintiff was in danger against Deputy Gore (F.N.U) Chavis (F.N.U) and several other members of the SRT team approximately an hour later plaintiff was taken to Administrative Segregation. What plaintiff thought was for his safety was the result of a "trumped up" incident report from Deputy Gore (F.N.U) that alleged that plaintiff had threatening Deputy Gore (F.N.U). The very next day 9/26/2019 D/O Gore worked B Hall. the same cell block that housed inmates in Administrative Segregation. while conducting count Deputy Gore seen plaintiff and said "See you'll never win around here," Deputy Sharp laughed and they both exited the cell block (Shortly after Deputy Gore fed dinner with a Jail trustee. While feeding cell block B-11) Plaintiff walked towards the window Deputy Gore (white trustee fed B-11) attempted to give plaintiff a tray that She grab from the bottom. Plaintiff fled the window and anounced "chow!" inside unit B-9. As the other inmates had up befor plaintiff Deputy Gore sat the fixed tray to the side and begin feeding the unit. When plaintiff approached the window

2.

Deputy Gore reached to the bottom of the cart and grabbed the tray. Plaintiff allowed another inmate to skip him at that time Deputy Gore placed the fixed tray to the side and fed the other inmate from the top finally Plaintiff grabbed the tray out of curiosity when he stirred the food he and clearly see small greenlike pellets mixed in the food, plaintiff immediately pressed the entercom button and asked to speak to the shift "Lt" and was denied until plaintiff was again escorted to yet another part of the Jail, this time Disciplinary Segregation. without being heard by any D.H.O (Sgt S. Branch ) For the next 21 days plaintiff would be held in Disciplinary Segregation. finally on or about Sept. 18 2019 Plaintiff was seen by Sgt. S. Branch and Deputy officer Christina Kelly (who is also Administrative Remedy Coordinator for the Jail )

      Plaintiff was sentenced to 60 days segregation with time Serve from 9-25-2019 the day he was moved to Administrative Segregation which would make his release from Confinement on or about November 26, 2019. During this hearing plaintiff was advised that an investigation of the issue with Deputy Gore revealed that Deputy Gore had indeed done something to plaintiffs tray but the camera didn't show what. Plaintiff was advised by Sgt Branch & Christina Kelly that Deputy Gore would be punished by the administration. Plaintiff filed a request to Christina Kelly about the status of the Administrative Remedy pending against Gore and the SRT Deputies and was never responded to. Plaintiff filed a request to the warden via Kiosk to Appeal the 1st step of the Socall Administrative Remedy procedure he was responded to! by the warden. The warden who responded said "only a holding" for the us Marshals office" Plaintiff replied that "such facts don't exempt him or his Deputies from being liable for violating the Civil Rights of plaintiff" This reply went unanswered.

      (8:30 am) on or about November 12, 2019 Deputy Major Husted came to plaintiffs cell door D-612 with Deputy officer Sharp and attempted to bargin with plaintiff to withdraw the

Civil complaint against Gore (Deputy) and the SRT Team members who had threaten plaintiffs safety a month prior Major Husted offered to let plaintiff out of Segregation early (that day), & plaintiff ceased to go foward with the law suit. Plaintiff decline the offer.

On November 26, 2019 plaintiff was not released from Segregation. On November 27, 2019 plaintiff was let out of his cell D-612 for one hour per policy for Disciplinary procedures. Once the hour was up plaintiff asked to speak to Sgt. Branch (Disciplinary Hearing officer) concerning why plaintiff did not get out of confinement SRT Mst. Sgt. White came over the intercom and stated "Alvarado if you dont go in your cell you'll stay in lock down until you leave" Plaintiff replied "I need to talk to somebody!" SRT mst Sgt White replied, Stay there I have someone you can talk to" Several minutes later srt Team member Deputy Ewring (F.N.U) armed with a pepper ball gun, Deputy Span (F.N.U) Chavis (F.N.U) Moore (F.N.U) Sharp (F.N.U) Sgt S. Branch Lt. Ike Williams entered Unit D-6 Deputy Ewrin without cause shot plaintiff in the chest with the "pepper ball gun" plaintiff put his hands up and turn to face the wall when Deputy Ewrin shot plaintiff in the back with the pepper ball gun. ~~plaintiff attempt to get away gun~~

Deputys Chavis, (F.N.U) and Span (F.N.U) grabbed plaintiffs and slammed him to the floor on his face befor cuffing him behind his back. Once in restraints Deputies Moore, Span, Sharp and chavis begin to kick and punch plaintiff in the head and mid section. Deputy Chavis yelled "Told you we'll get your bitch ass!" Deputy Span stated "Welcome to Madison County bitch!" and punched a restrained plaintiff in the left eye causing a cut to appear on plaintiffs left eye blow. Plaintiff was snatched to his feet by Deputy Span and chavis and instantly forced head first into the glass door in the front of D-6. Once out of D-6 Deputies Span, Moore, chavis and Sharp would continue to force plaintiff head into the walls and poles along the way to the main

4

Once outside of Unit Delta plaintiff was thrown in the grass on his face and repeatidly kicked and punched by Deputies Span, Moore Ewring and Chavis (who constantly stated "yeah we told your bitch ass you don't run shit here!") Sgt. S. Branch, Mst. Sgt. White (SRT) Lt. Williams stood there and allowed their inferiors to attack the plaintiff.

Plaintiff was taken to Medical and treated for the gash over his left eye that bled profusely and other minor bumps and bruises caused by the use of force. On the way back from Medical plaintiff was marched pass Deputy Gore who stood in the hall way. When she seen plaintiff she stated "They finally got you!!" Plaintiff was escorted to Delta Unit and back to Unit 6 Disciplinary Segregation. While the new cell 614 was prepared for plaintiff he was placed face against the wall. Deputy Moore came up behind a cuffed plaintiff and placed his right hand to the back of plaintiffs head and held it against the wall to aggravate plaintiffs new cut to his eye.

Plaintiff was escorted to cell 614 and forced to get naked by Deputy Span while, Moore, Chavis, Lt. Williams and Deputy Ewing looked on, Deputy Span force plaintiff to his knees facing the wall, plaintiffs cuffs were removed and plaintiff was kicked in the back by Deputy Span befor they backed out of the cell plaintiff lay on the floor for almost 5 minutes befor he got to his feet. later that day the shift supervisor would advise plaintiff that per Major Husted and SRT Mst. Sgt White plaintiff was to remain in his cell only being out for medical emergency.

On or about December 9, 2019 plaintiff was treated for blood in his urine caused by the trama to his kidneys during the "assault". Plaintiff also suffered from a concussion caused by the repeatidly force collisions with the wall, pole and glass doors. Finally on or about the morning of December 12, 19

5

while plaintiff was chained to be transported to the airport to go back to feds. Plaintiff was attacked by Deputy Span who picked plaintiff up while cuffed saying "I want to dump you on your fucking head befor you go!" Warden Brian Watson looked on shortly after plaintiff was returned to the custody of the Marshals. This suit follows.

Count One:) Deputy Gore (F.N.U.) violated plaintiff right against Retaliation when she put poison in plaintiffs tray

Count Two) Deputy's Chavis (F.N.U) Moore (F.N.U) Span (F.N.U) Sharp (F.N.U) used Excessive force against plaintiff when they beat him while in hand cuffs. with Malicious intent.

Count Three:) Deputy's Chavis, Span, Moore and Sharp were deliberately Indifference to plaintiffs health when Defendants repeatidly forced plaintiff head to the wall doors and poles

Count four:) Mst. Sgt. White, Sgt. S. Branch, Lt. Williams were Deliberately Indifference to plaintiff health when the Defendants failed to interfer with the assualt against Plaintiff

Count five:) Major Husted, Warden Brian Watson, Christina Kelly (D/O) fail to protect plaintiff after plaintiff had filed complaints to Defendants about the threat to plaintiff safety from Deputy Span, Moore, Gore, Chavis, retaliating against plaintiff.

Count Six:) Warden Brian Watson, Administrative Remedy Coordinator Christina Kelly violated plaintiffs Rights to Due Process when they interfered with plaintiffs right to properly litigate with Due diligence.

Lawrence Alvarado