UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LAWRENCE ALEXANDER ALVARADO, #26361-018**  PLAINTIFF

**VERSUS**  CIVIL ACTION NO. 3:20-CV-00152-CWR-FKB

**MAJOR HUSTED, et al.**  DEFENDANTS

## EXHIBIT LIST OF DEFENDANTS

COME NOW the defendants, Captain Brian Watson, SRT Deputy Cedric Shavers, SRT Deputy William Irwin, SRT Deputy Hunter Moore, SRT Deputy Michael Spann, Deputy Gabrelle Gore, Deputy Tavarius Sharp, Major Jeffery Husted, Sergeant Shaqueria Branch, Lt. Ike Williams, and Master Sergeant Shakeena White, and in accordance with the Court's Docket Text entry setting *Omnibus Hearing* submit their Exhibit List as follows:

1. Exhibit 1: Madison County Detention Center records, bates labeled *Alvarado – MCDC – 1* through *55;*

2. Exhibit 2: Medical records of Plaintiff, bates labeled *Alvarado – Med – 1* through *41;*

3. Exhibit 3: Madison County Detention Center Inmate Request Forms, bates labeled *Alvarado – MCSD Requests – 1* through *159.*

4. Exhibit 4: DVD of body camera footage of the event dated 11-27-2019.

THIS the 30th day of September 2020.

Respectfully submitted:

**CAPTAIN BRIAN WATSON,
SRT DEPUTY CEDRIC SHAVERS,
SRT DEPUTY WILLIAM IRWIN,
SRT DEPUTY HUNTER MOORE,
SRT DEPUTY MICHAEL SPANN,
DEPUTY GABRELLE GORE,
DEPUTY TAVARIUS SHARP,
MAJOR JEFFERY HUSTED,
SERGEANT SHAQUERIA BRANCH,
LT. IKE WILLIAMS, AND
MASTER SERGEANT SHAKENNA WHITE**

**DEFENDANTS**

BY:  /s/ *Rebecca B. Cowan*
     Rebecca B. Cowan (MSB #7735)

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Dr.
Jackson, MS  39232
P.O. Box 750
Jackson, MS  39205-0750
Telephone: 601-969-1010
Facsimile:  601-969-5120
bcowan@curriejohnson.com

2